**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| John Farrace, d/b/a Levy's Old Reliable Loan Company )<br><br>Petitioner, )<br><br>v. )<br><br>Bureau of Alcohol,Tobacco, Firearms ) and Explosives, )<br><br>Respondent. ) | Case No. _____ |

**PETITION FOR REVIEW**

COMES NOW, Petitioner John Farrace pursuant to 5 U.S.C. §702 and Fed.

R. Civ. P. 15(a), respectfully petition the Court for review of the Final Order of the

Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (the

"Agency"), denying the remission or mitigation of the administrative forfeiture of

Petitioner's property ("Disputed Property") as identified therein (the "Final

Order"):

1.  *John Farrace, d/b/a Levy's Old Reliable Loan Company*, Order
    Denying Request for Reconsideration, Petition for Remission or
    Mitigation of Forfeiture, Agency Case No. 761035-0055 (March 14,
    2014); and

2. *John Farrace, d/b/a Levy's Old Reliable Loan Company*, Order Denying  Petition for Remission or Mitigation of Forfeiture, Agency Case No. 761035-0055 (September 30, 2013).

In support of this Petition, Petitioner states:

1. The Petitioner has exhausted all administrative remedies during ten (10) years of administrative proceedings on this matter, and has no non-judicial recourse to vindicate his federal Constitutional, statutory, and regulatory rights.

2. Petitioner is a citizen of the State of Delaware.  The Agency seized the Disputed Property from Petitioner's business premises in Wilmington, Delaware. Venue is therefore proper pursuant to 5 U.S.C. §703.

3. Petitioner respectfully asserts that the Agency's Final Order is clearly erroneous as a matter of law, constitutes abuse of discretion, is arbitrary and capricious, exceeds the Agency's subject matter jurisdiction for administrative forfeiture, violates the Civil Asset Forfeiture Reform Act of 2002 ("CAFRA") and various federal regulations related to same, and violates Petitioner's Second, Fifth, Eighth and Fourteenth Amendment rights, as will be more full expounded in the Statement Of Issues to be presented.

In accordance with Rule 15(c) of the Federal Rules of Appellate Procedure,

a list of parties served with a copy of the Petition and copies of the orders is

attached.

<div style="margin-left: 40%;">

MCCARTER & ENGLISH, LLP

/s/ Andrew S. Dupre

Andrew S. Dupre (DE # 4621)
Daniel J. Brown (DE # 4688)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300 (phone)
*Attorneys for Petitioner*

</div>

Dated:  April 14, 2014