# EXHIBIT 1



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

June 16, 2004

Washington, DC 20226
www.atf.gov

## BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

John Farrace
501 N. Market Street
Wilmington, DE 19801, US

RE: Notice of Forfeiture proceedings

| | | |
|---|---|---|
| Agency Case Number | : | 761035-02-0055 |
| Seizure Number | : | 761035-02-0055-01 |
| Asset Identification | : | See Attached List |

Dear John Farrace

On 04/22/2004 at 501 N. Market Street, Wilmington, DE 19801, US, District of
Delaware, the property (ies) described above was/were seized for forfeiture by the
Bureau of Alcohol, Tobacco and Firearms. The Property was/were used in or acquired in
violation of Title 18 U.S.C. Chapter 44. Administrative forfeiture proceedings have
commenced in accordance with the provisions of 31 U.S.C. 9703(o), 19 U.S.C. §§1602-
1622 and 18 U.S.C.§§983.

You may contest the seizure and forfeiture of the property in United States District Court
by filing a Claim or you may agree to the forfeiture of the property through the
administrative process and seek equitable relief from the forfeiture by filing a Petition for
Remission or Mitigation of Forfeiture. Both alternatives are described more fully below.

## To Contest the Forfeiture in Court

To Contest the Forfeiture in United States District Court, you must file a Claim of
Ownership with ATF within thirty-five (35) days of the date appearing at the top of this
letter. As provided in 18 U.S.C. § 983(a)(2), the Claim of Ownership must:

1. Identify specific property claimed;

2. State the claimant's interest in the property; and

3. Be signed by you under oath subject to penalty of perjury.

A form that you may use to file a Claim of Ownership is enclosed for your convenience along with a Power of Attorney form to be filed if you retain the services of an attorney in this matter. A Claim of Ownership must be submitted to the following address:

Bureau of Alcohol, Tobacco, Firearms and Explosives
Seized Property Branch
650 Massachusetts Avenue, N.W.
Washington, D.C. 20226
Attn: Seizure and Forfeiture Specialist

If you choose to file a Claim of Ownership as set forth above, you may be entitled to request immediate release of the seized property pending the disposition of your claim in United States District Court. See 18 U.S.C. §983(f). Provided, however, that property will not be released if it is: (a) contraband, currency, other monetary instrument, or electronic funds unless such currency, other monetary instrument, or electronic funds constitute the assets of a legitimate business that has been seized; (b) to be used as evidence of a violation of law; (c) by reason of design or other characteristic particularly suited for use in illegal activities; or, (d) likely to be used to commit additional criminal acts if released.

A claimant seeking a release of seized property as outlined above must file a Request for Release of Seized Property Due to Hardship with the Special Agent in Charge, Asset Forfeiture and Seized Property Branch, at the address listed above. Use of registered mail, return receipt requested, is highly recommended. In making such a request a claimant must establish that:

1. You have possessory interest in the property;

2. You have sufficient ties to the community to provide assurance that the property will be available at the time of trial;

3. The continued possession by the Government pending the final disposition of forfeiture proceedings will cause you substantial hardship;

4. That your likely hardship from the continued possession by the Government of the seized property outweigh the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to you during the pendency of the proceedings.

If you file a Request for Release of Seized Property Due to Hardship, ATF will notify you in writing of the date on which ATF received the Request. If ATF does not release the subject property within fifteen days after ATF receives your Request, you may file a petition in the United States District Court in which the Complaint for Forfeiture was filed, or if no Complaint has been filed, in either the district in which the seizure warrant was issued or the district in which the property was seized.

## Petition for Remission or Mitigation of Forfeiture

As an alternative, you may submit to ATF a Petition for Remission or Mitigation of Forfeiture. The regulations governing the form and content of a Petition for Remission or Mitigation of Forfeiture are set forth at 27 C.F.R. Part 72.

A Petition should state in clear and concise terms the nature and extent of your alleged interest in the property and should be accompanied by proof of that interest, such as bills of sale, sale contracts, mortgages, title records, or other documentary evidence. A Petition must also state the facts and circumstances that you believe justify remission or mitigation of the forfeiture. If you are a lien holder in the subject property, you must also complete a Net Equity Worksheet, which is available from ATF upon request.

A Petition must be signed and sworn to by the petitioner or an attorney representing the petitioner. If the Petition is signed by an attorney, it should be accompanied by documentation establishing the Power of Attorney. Petitions should be filed within twenty (20) days of the date appearing at the top of this letter and should be mailed to the address listed above.

Please ensure that all correspondence regarding this matter references the Case Number, Seizure Number, and the Asset Identification Number(s) listed above. If you have any questions regarding this matter, you may contact Seizure and Forfeiture Specialist at (202) 927-7960 before 07/21/2004.

Sincerely,

Kevin Tillage
Seizure & Forfeiture Spec

Enclosures



FOR GOVERNMENT AGENCY USE ONLY
DATE CLAIM RECEIVED: _____

CLAIM FILED TIMELY?  Y ☐  N ☐

# SEIZED ASSET CLAIM FORM

Name:_____

Address:_____

Telephone No. ( )_____

Agency Case No.:_____

Seizure No.:_____

City & State of Seizure:_____

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1._____

2._____

3._____

4._____

5._____

6._____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## PART I (continued)

7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

## PART II (continued)

_____
_____
_____
_____
_____
_____
_____

## PART III
## ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

_____          _____
Name (Print)                     Date

_____
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S C §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT*