# Exhibit 2

## Advertising Order

| Department or Establishment/Bureau or Office: Bureau of Alcohol, Tobacco, and Firearms | Order Number ATF20102 | Order Date: 06/24/2004 | Page 1 of 44 |
|---|---|---|---|

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

| Name of the Publication Advertised In: USA Today | |
|---|---|
| Subject of Advertisement: Administrative Forfeiture | Edition of Paper Advertisement Appeared: Daily |
| Number of Times the Advertisement Appeared: 3 | Date(s) the Advertisement Appeared: 06/24/2004, 07/01/2004, 07/08/2004 |

Specifications for Advertisement:

Copy for Advertisement:

See Attached

| Authority to Advertise | Instrument of Assignment |
|---|---|
| Number: 18 USC CHAPTER 44 | Number: |
| Date: ATF Headquarters | Date: |

Signature of the Authorizing Official:

| Name of the Authorizing Official: Kevin Tillage | Title: Lead Seizure & Forfeiture Spe |
|---|---|

### Instructions to Publishers

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded to prominent headings, unless specifically ordered or for additional space required by the use of type other than that specified. Specifications for advertising other than solid, and the advertisement submitted to the publisher will be attached to the voucher. Your bill for the advertising order should be submitted on the voucher for advertising, which is Page 2 of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

| Submit Page 2 and a Copy of the Advertisement to: Bureau of Alcohol, Tobacco, and Firearms 650 Massachusetts Avenue, NW Washington, DC 20226 | **Important!** Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage. In no case shall the advertisement extend beyond the date and edition stated in this order. |
|---|---|

| Advertising Order | | | Page 2 of 44 | |
|---|---|---|---|---|
| Departmnet or Establishment/Bureau or Office: Bureau of Alcohol, Tobacco, and Firearms | | | Voucher Number: | |
| Place Voucher Prepared: | | Date Prepared: | Schedule Number: | |
| Name of the Publication: USA Today | | | Paid By: | |
| Name of the Publisher or Representative: | | | | |
| Address (Street, Room Number, City, State, and Zip): 1000 Wilson Blvd. Arlington, VA 22229 | | | | |

**CHARGES**

| Typeface: | (Size of Type): | (Inch, Square, Word, or Folio): | Point Per - |
|---|---|---|---|

| | | NUMBER OF LINES | COST PER LINE | TOTAL |
|---|---|---|---|---|
| LINE RATES | First Insertion: | | | |
| | Additional Insertions: | | | |
| | | | Total | |

| | | NUMBER OF UNITS | COST PER LINE | TOTAL |
|---|---|---|---|---|
| OTHER RATES | First Insertion: | | | |
| | Additional Insertions: | | | |
| | | | Total | |

| Attach one (1) copy of the advertisement (including upper and lower rules) to each copy of the voucher here. If the copy is not available, sign the following Affidavit. | Total Line/Other Rates | |
|---|---|---|
| | Less Discount at % | |
| | Balance Due | |
| | Verified By (Initials) | |

**AFFIDAVIT**

| This represents a true billing for the attached Advertising Order, with Specifications and copy, which has been completed. | |
|---|---|
| Signature of the Publisher or Representative: | |
| Title: | Date: |

**FOR AGENCY USE ONLY**

| Advertisement Published In: USA Today | On: 06/24/2004, 07/01/2004, 07/08/2004 |
|---|---|
| I certify that the Advertisement described above appeared in the named publication and that this account is correct and eligible. | |
| Signature of the Certifying Officer: | Title: Lead Seizure & Forfeiture Spe |
| Certifying Officer: Kevin Tillage | Date: |
| Signature of the Authorizing Officer: | Authorizing Title: Lead Seizure & Forfeiture Spe |
| Authorizing Officer: Kevin Tillage | Date: |
| Accounting Classification: | Paid by Check Number: |