# EXHIBIT 4



FOR GOVERNMENT AGENCY USE ONLY
DATE CLAIM RECEIVED:

CLAIM TIMELY FILED? Y ☐ N ☐

# SEIZED ASSET CLAIM FORM

**Name:** John Farrace, individually, and as President of Levy's Old Reliable Loan Co., Inc., a Delaware corporation

**Seizure No.:** 761035-02-0055-02

**Address:** 501 N. Market Street
Wilmington, DE 19801

**Case No.:** 761035-02-0055
**City & State of Seizure:** Wilmington, DE

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of form. You may attach additional sheets of paper if more space is needed.

1. Please refer to the attached (Exhibit A) asset identification list, which was prepared by agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives subsequent to its seizure of claimants' property.

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

Claimants' assert that all of the weapons seized (Exhibit A) were lawfully acquired during the regular business conducted by claimants as a pawn shop. The Bureau seized and, therefore, already has exclusive custody of all documents concerning the purchase of those weapons. Copies of the state and local business license for Levy's Old Reliable Loan Co., Inc., are attached (Exhibit B).

## ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

__John Farrace__  
NAME (PRINT)

__8/19/04__  
DATE

__[signature]__  
Signature

**A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.**

OMB No. 1512-0079 (04/30/2003)

# DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## POWER OF ATTORNEY
*(Please read instructions on back before completing this form)*

| | |
|---|---|
| 1. PRINCIPAL *(Name of Partnership, Corporation, Association, Estate or Individual)*<br>Levy's Old Reliable Loan Co., Ind. | 2. BUSINESS IN WHICH ENGAGED<br>Pawn Shop |

3. ADDRESS *(Number, Street, City, State, and ZIP Code)*
501 N. Market Street, Wilmington, DE 19801

| | |
|---|---|
| 4. TAXPAYER IDENTIFICATION NUMBER *(Employer Identification Number, Social Security Number)* 51-0267598 | 5. PERMIT NUMBER *(If applicable)* |

6. NAME OF APPOINTED ATTORNEY
James A. Natalie, Jr. Esquire

7. ADDRESS *(Number, Street, City, State, and ZIP Code)*
3200 Concord Pike, Wilmington, DE 19803-7329

8. The above named principal, engaged in the business shown, has appointed the above-named attorney to: *(See Instruction 2)*

✓ (a) Execute for him all applications, notices, bonds, tax returns, and other instruments, claims, offers in compromise, letters, writings, and papers, and to act for him in dealing with the Bureau of Alcohol, Tobacco and Firearms in connection with matters relating to the laws and regulations administered by it. The principal authorizes the attorney named above to receive on his behalf any and all notices, papers, and letters from the Bureau of Alcohol, Tobacco and Firearms in connection with all such matters, and grants him full power and authority to do all that is essential in and about the premises, as duly as the principal could do if personally present, with full power of substitution and revocation. The principal hereby ratifies and confirms all that the attorney shall lawfully do or cause to be by virtue of this appointment.

(b)

9. The power is to apply to the following. *(If authority is restricted to a particular factory, plant, premises, etc., give name as: Distilled Spirits Plant, Tobacco Products Factory, Tobacco Export Warehouse, etc., and address and number: or, if a Wholesale Liquor Dealer, give permit number)*

10. SIGNATURE OF APPOINTED ATTORNEY *[signed]*

## EXECUTION *(See Instruction 3)*

| 11. SIGNATURE IF PRINCIPAL IS INDIVIDUAL *(Signature of Principal)* *[signed]* | DATE 8/19/04 |
|---|---|
| 12. SIGNATURE IF PRINCIPAL IS PARTNERSHIP, ESTATE, CORPORATION, OR ASSOCIATION<br>Under penalties of perjury, I declare that I have the authority to execute this power of attorney on behalf of the principal.<br>Signature *[signed]* Title Pres. Date 8/19/04<br>Signature Title Date<br>Signature Title Date<br>Signature Title Date | 14. SEAL OF CORPORATION OR ASSOCIATION *(If there is no seal, attach a certified copy of a resolution duly passed by the board of directors authorizing the execution of the power of attorney and check the box shown below.)*<br>✓ No Seal |

13. ATTESTATION BY SECRETARY OF CORPORATION OR ASSOCIATION
*Christina Pipkin* 8/19/04

No. 174

# PAWN BROKER'S LICENSE

In the Name and by the Authority of
The Clerk of the Peace of New Castle County

To all Persons to Whom these Presents may Concern, Greeting:

Whereas LEVY'S OLD RELIABLE CO., INC.
has paid the sum of SEVENTY-FIVE DOLLARS for the use of New Castle County.

Now, Therefore, Know Ye, That this License is granted to the said AS ABOVE WRITTEN, to transact business as PAWN BROKER at 501 N. MARKET ST., WILMINGTON, DE 19801 in accordance with the provisions of 1382, Sec. 42, et seq., of Chapter 45 of the Revised Code of Delaware (1935) as amended, entitled "Collection of Certain License Fees."

This license shall continue in force until the fifteenth day of March, A. D. 2005

Given under my hand and seal at Wilmington, Delaware, the EIGHTH day of MARCH in the year of our Lord TWO thousand and FOUR

Clerk of the Peace
of New Castle County
KENNETH W. BOULDEN, JR.

-EXHIBIT B-

No. 592

# JUNK DEALER'S LICENSE

In the Name and by the Authority of
The Clerk of the Peace of New Castle County

## To all Persons to Whom these Presents may Concern, Greeting:

Whereas  LEVY'S OLD RELIABLE LOAN CO., INC.

has paid the sum of  TWENTY-FIVE DOLLARS  for the use of New Castle County.

Now, Therefore, Know Ye, That this License is granted to the said AS ABOVE WRITTEN, to transact business as JUNK DEALER at  501 N. MARKET STREET  WILMINGTON, DE  19801

in accordance with the provisions of 1382, Sec. 42, et seq., of Chapter 45 of the Revised Code of Delaware (1935) as amended, entitled "Collection of Certain License Fees."

This license shall continue in force until the fifteenth day of March, A. D. 2005

Given under my hand and seal at Wilmington, Delaware, the  EIGHTH  day of  MARCH  in the year of our Lord two thousand and  FOUR

Clerk of the Peace
of New Castle County
KENNETH W. BOULDEN, JR.

## CITY OF WILMINGTON – BUSINESS LICENSE

SEQUENCE NO. 162780
LICENSE NO. 006684
CODE 6003 RETAILERS FIREARMS

FEE PAID 151.00

EXPIRES DEC. 31, 2004

LEVY'S OLD RELIABLE LOAN C
501 N MARKET ST
WILMINGTON, DE 19801-3004

LEVY'S OLD RELIABLE LOAN C
501 N MARKET ST
WILMINGTON, DE 19801-3004

ISSUED BY
[signature]
COMMISSIONER
DEPARTMENT OF LICENSES & INSPECTIONS

THIS LICENSE MUST BE DISPLAYED IN A PROMINENT PLACE

---

## CITY OF WILMINGTON – BUSINESS LICENSE

SEQUENCE NO. 162779
LICENSE NO. 005450
CODE 4023 PAWN BROKER

FEE PAID 120.00

EXPIRES DEC. 31, 2004

LEVY'S OLD RELIABLE LOAN C
501 N MARKET ST
WILMINGTON, DE 19801-3004

LEVY'S OLD RELIABLE LOAN C
501 N MARKET ST
WILMINGTON, DE 19801-3004

ISSUED BY
[signature]
COMMISSIONER
DEPARTMENT OF LICENSES & INSPECTIONS

THIS LICENSE MUST BE DISPLAYED IN A PROMINENT PLACE

**STATE OF DELAWARE**
DIVISION OF PROFESSIONAL REGULATION
861 Silver Lake Blvd.
Cannon Building, Suite 203
Dover, DE 19904-2467

LICENSE NO. S2-0000192

NOT TRANSFERABLE

PROFESSION: Deadly Weapons Dealer-Individual

EXPIRATION DATE: 01/31/2005

ISSUED TO: Levy's Old Reliable Loan Co Inc

MAILING ADDRESS
Levy's Old Reliable Loan Co Inc
501 Market Street
Wilmington DE 19801

**PROFESSIONAL LICENSE**

THIS CERTIFIES THAT THE PERSON NAMED IS HEREBY LICENSED TO CONDUCT OR ENGAGE IN THE PROFESSION INDICATED ABOVE. THIS DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF DELAWARE.

LICENSEE SIGNATURE

023700

---

**STATE OF DELAWARE**
DIVISION OF REVENUE

LICENSE NO. 1989022146
POST CONSPICUOUSLY

BUSINESS CODE: 396
GROUP CODE:
LICENSED ACTIVITY: RETAILER-VARIOUS PRODUCTS

VALID 01/01/04 - 12/31/04
NOT TRANSFERABLE

DLN: 03 54406 01
DATE ISSUED: 12/11/03
AMOUNT PAID: $75.00

**"VALIDATED"**

**2004**

**BUSINESS LICENSE**

MAILING ADDRESS
LEVY'S OLD RELIABLE LOAN CO, INC
501 N MARKET ST
WILMINGTON DE 19801-3004

BUSINESS LOCATION
LEVY'S OLD RELIABLE LOAN CO, INC
501 N MARKET ST
WILMINGTON DE 19801-3004

IS HEREBY LICENSED TO PRACTICE, CONDUCT OR ENGAGE IN THE OCCUPATION OR BUSINESS ACTIVITY INDICATED ABOVE IN ACCORDANCE WITH THE LICENSE APPLICATION DULY FILED PURSUANT TO TITLE 30, DEL CODE.

PATRICK T. CARTER
DIRECTOR OF REVENUE

13788

---

**STATE OF DELAWARE**
DIVISION OF REVENUE

LICENSE NO. 1989022145
POST CONSPICUOUSLY

BUSINESS CODE: 175
GROUP CODE: 007
LICENSED ACTIVITY: PERSONAL SERVICES-PAWNBROKER
PROFESSIONAL AND/OR PERSONAL SERVICES

VALID 01/01/04 - 12/31/04
NOT TRANSFERABLE

DLN: 03 54406 00
DATE ISSUED: 12/11/03
AMOUNT PAID: $75.00

**"VALIDATED"**

**2004**



**BUSINESS LICENSE**

MAILING ADDRESS
LEVY'S OLD RELIABLE LOAN CO, INC
501 N MARKET ST
WILMINGTON DE 19801-3004

BUSINESS LOCATION
LEVY'S OLD RELIABLE LOAN CO, INC
501 N MARKET ST
WILMINGTON DE 19801-3004

IS HEREBY LICENSED TO PRACTICE, CONDUCT OR ENGAGE IN THE OCCUPATION

PATRICK T. CARTER

13787