# EXHIBIT 5

U.S. Department



Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

John Farrace
501 N. Market Street
Wilmington, DE  19801

Re: Claim - John Farrace
Seizure Date: 04/22/2004
ATF Case Number: 761035-02-0055
Asset Identification:  See Attached List

Dear Mr. Farrace:

On 04/22/2004, the Bureau of Alcohol, Tobacco and Firearms & Explosives (ATF) seized the above-referenced property for forfeiture. The final claim date in this matter was July 21, 2004. On August 26, 2004, ATF received a Claim that you signed and completed on August 19, 2004. The time permitted for you to timely file the Claim had expired. Accordingly, ATF will not accept your claim and will not refer this matter to the United States Attorney's Office for judicial action. ATF will proceed with administrative forfeiture action against the above-referenced property and dispose of it according to law.

Sincerely yours,

Geneva Miller Dunaway
Special Agent in Charge
Asset Forfeiture and Seized Property Branch

cc: Division Counsel, Philadelphia
    Division Director, Baltimore