# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In the Matter of 702 Firearms and related | ) | |
| Items seized from Levy's Old Reliable, | ) | U. S. Department of Justice |
| Loan Co. and John Farrace, | ) | |
| | ) | Bureau of Alcohol, |
| Tobacco, | ) | |
| | ) | Firearms and Explosives |
| | ) | |
| Submitted by, | ) | |
| | ) | |
| Levy's Old Reliable Loan Co., | ) | |
| 501 North Market Street | ) | Seizure No. 761035-02-0055-02 |
| Wilmington, DE 19801 | ) | Agency Case No. |
| | ) | 761035-02-0055 |
| | ) | |
| Petitioner. | ) | |

---

## AFFIDAVIT OF CHANDRA J. RUDOFF WILLIAMS
## AKA: CHANDRA J. RUDOFF

---

STATE OF DELAWARE)
COUNTY OF NEW CASTLE)

Comes the Affiant, Chandra J. Rudloff Williams, aka Chandra J. Rudoff and after being duly sworn states based upon my personal knowledge as follows:

1. I am over the age of majority and I am a current resident of New Castle County, Wilmington, Delaware.

2. I represented, along with Charles M. Oberly, III (now the United States Attorney for the District of Delaware) the above named Petitioner, Levy's Old Reliable Loan Company ("Levy's") owned and operated by John Farrace in my capacity as an associate in the law firm of Oberly,

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560

1

Jennings & Rhodunda, P. A. in November 2007.

3.    A PETITION FOR REMISSION OR MITIGATION was prepared on behalf of named Petitioner, Levy's Old Reliable Loan Company ("Levy's") owned and operated by John Farrace and I reviewed with Mr. Farrace and mailed same to Bureau of Alcohol, Tobacco and Firearms on November 5, 2007. Correspondence to Mr. Farrace dated November 5, 2007 is attached herein as "Collective Exhibit A" as if copied verbatim.

4.    A PETITION FOR REMISSION OR MITIGATION was prepared on behalf of named Petitioner, Levy's Old Reliable Loan Company ("Levy's") owned and operated by John Farrace and executed on or about November 5, 2007 and same was submitted to the ATF, Bureau of Alcohol, Tobacco and Firearms on November 7, 2007 by my firm. Correspondence same is attached herein as "Exhibit B" as if copied verbatim without enclosures.

5.    I had several conversations with various Bureau of Alcohol, Tobacco and Firearms (BATFE) personnel regarding the A PETITION FOR REMISSION OR MITIGATION after filing of same.

6.    I spoke with Nancy K. Oliver, Division Counsel ATF over a year ago regarding the status of disposal of the fire arms.

7.    I am currently of counsel with Rhodunda & Williams, LLC, 1220

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560

2

Market Street, Suite 700 Wilmington, Delaware 19899.

Further Affiant Sayeth Naught.

_____
Chandra J. Rudloff Williams


STATE OF DELAWARE:
COUNTY OF NEW CASTLE:

Subscribed and sworn to before me this the _19th_ day of July, 2012.

_____
Notary Public

My Comm. Expires:_____

M. DIANE McCORMICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 24, 2012

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-344-0560