# EXHIBIT 9

the
# SLAUGHTER
## LAW FIRM

324 6th Street
Bristol, TN 37620

Frank L. Slaughter, Jr.

Phone: (423) 844-0560
Fax: (423) 764-0690
E-Mail: flsjrlaw@yahoo.com

October 8, 2013

**VIA: U.S. Postal Service, Next Day Delivery**

Bureau of Alcohol, Tobacco, Firearms and Explosives
Asset Forfeiture and Seized Property Division
99 New York Avenue NE
Mail Drop 3N600
Washington, D.C. 20226
Attn: Senior Law Clerks

RE:  John Farrace, d/b/a Levy's Old Reliable Loan Company
    Agency Case No. 761035-02-0055
    Asset ID No's.: 04-ATF-010112 thru 04-ATF-010608 & various others

To Whom It May Concern:

This correspondence is to acknowledge receipt of your answer to Mr. Farrace's Petition for Remission or Mitigation of Forfeiture. Additionally, he is appealing your decision and is making this request for reconsideration of same.

Mr. Farrace acknowledged that he pawned guns between 4/15/2004 and 7/19/2005 but there were no guns sold during this time period. However, he did have a city and state firearms license, and Agent Herman Clyer personally mailed the Federal Firearms License renewal to Atlanta. Individuals who came to redeem their guns were transferred to the Gun Stock, who has a legal FFL, so the proper background checks were done.

Guns acquired with a legal firearms license prior to the dates in question were also seized. Mr. Farrace asks why were those guns seized and what is the disposition of his guns? Additionally, he would like to know if the ATF issued a "Destroy" notice for his guns, and if so, what date was it issued?

Since forfeiture may be granted to an uninvolved party, he submits his son, Tony Farrace, his grandson, Antony Farrace or his grandson, Major Brian Pipkin of the Columbia, SC National Guard as persons to be considered for the surrender of the firearms.

Very truly yours,

the Slaughter Law Firm

Frank L. Slaughter, Jr.

FLSjr/jh
cc:  John Farrace

USPS Express Mail Flat Rate Mailing Envelope label.

FROM: Frank L. Slaughter, Jr.
The Slaughter Law Firm
324 6th Street
Bristol, TN 37620
Phone: 423-844-0560

TO: Bureau of ATFE Asset Forfeiture
ATTN: Senior Law Clerks
99 New York Ave, NE
Mail Drop 3N600
Washington, D.C. 20226
Phone: (202) 648-7164

PO Zip Code: 24203
Date Accepted: 10-8-13
Time Accepted: 4:15 AM
Scheduled Date of Delivery: 10-9-13
Postage: $17.95
Total Postage & Fees: $17.95
Acceptance Emp. Initials: KC

EB 905571199 US