IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN FARRACE, d/b/a LEVY'S OLD RELIABLE LOAN COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) BUREAU OF ALCOHOL, TOBACCO, ) FIREARMS AND EXPLOSIVES ) ) Defendant. ) ) | C.A. No. 14-468-GMS |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that:

1. ATF's Motion to Dismiss (D.I. 10) is GRANTED;

2. The Clerk of the Court is directed to close this case.

Dated: May 13, 2015

_____
UNITED STATES DISTRICT COURT